NOV 15 2004 17:30  FR ARANDA & GUTTLEIN     TO 17182602457     P.02/02



LAW OFFICES OF

*Aranda & Guttlein*

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575          Fax: 212 385 0231

*Granted As Modified*
*(12-16-05 at 2:00 pm)*
*So ordered*

November 15, 2005

VIA FACSIMILE
718 260-2457
Honorable John Gleeson
U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          Re: United States v. Jose Torres
               Cr-03-546

Dear Judge Gleeson:

    We are aware that a sentencing hearing is scheduled for tomorrow November 16, 2005 at 2:00 p.m.; however, due to a conflict of schedule and with the consent of the government, we respectfully request that the hearing be rescheduled to Friday December 16, 2005 at ~~3:00~~ 2:00 p.m.

    We thank the Court for considering our request.

                              Respectfully,
                              Aranda & Guttlein

                By: Jorge Guttlein, Esq.

s/John Gleeson
11-15-05

Cc:   John McAdam
        Trial Attorney

NOV-15-2005  17:03                                      ** TOTAL PAGE.02 **