

LAW OFFICES OF

*Aranda & Guttlein*

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575    FAX: 212 385 0231



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ DEC 8 2005 ★

BROOKLYN OFFICE

December 8, 2005

**Via Facsimile and Mail**
718 260 2457
Honorable John Gleeson
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

*[handwritten: Sentence adjourned to 1/27/06 @ 2:00 PM  So Ordered.]*

Re: United States v. Jose Torres    s/John Gleeson
    03-cr-546



Dear Judge Gleeson:

We are aware that the sentencing hearing is currently for December 16, 2005 at 2:00 p.m.; however, I have been scheduled to appear on trial before United States District Judge Barbara Jones in the United States v. Noel Rodriguez 04-cr-799. The trial will begin on December 12, 2005 and is expected to last at least one week.

We have left several messages for the government's consent but have been unsuccessful as of yet.

We respectfully request that this case be rescheduled for any date after December 22, 2005 in the late afternoon.

We thank the Court for considering our request.

Respectfully,
Aranda & Guttlein

By: _____
Jorge Guttlein, Esq.

JG/vm

Cc: Via Fax and Mail
202 305-8687
John McAdam
Trial Attorney
U.S. Department of Justice
Tax Division
P.O. Box 502
Washington, D.C. 20044