

LAW OFFICES OF

*Aranda & Guttlein*

291 Broadway, Suite 1500
New York, N.Y. 10007

212 608-7575   Fax: 212 385 0231

RECEIVED JAN 11 2006 CHAMBERS OF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 18 2006 ★

BROOKLYN OFFICE

January 6, 2006

Honorable John Gleeson
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing a
copy to all counsel and retaining verification
of such in the case file. Do not Fax such
Verification to Chambers.

Re: United States v. Jose Torres
03-cr-546

Dear Judge Gleeson:

The above referenced case is scheduled for sentencing on January 27, 2006 at 2:00 p.m.; however, prior to this Court setting said date, I was previously scheduled for two individual hearings before Immigration Judge Annette Elstein at 26 Federal Plaza, NY New York. The first hearing is scheduled to begin at 1:00 p.m. in the matter of Imran Babri and the second hearing begins at 2:30 p.m. in the Matter of Naushaba Salahdin A 79-131-104.

With the consent of the government we respectfully request that this case be rescheduled to February 10, 14, 15 or 16th at 2:00 p.m.

We thank the Court for considering our request.

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing
a copy to all counsel and retaining verification
of such in the case file. Do not Fax such
Verification to Chambers.

Respectfully,
Aranda & Guttlein

By: *[signature]*
Jorge Guttlein, Esq.

Granted. Resentence is adjourned to 2/16/06 @ 2:30 pm

s/John Gleeson

JG/vm

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not Fax such verification to Chambers.

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not Fax such verification to Chambers.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

UNITED STATES OF AMERICA

                                                            Certificate of Service
                                                           03 CR 546

-v-

JOSE TORRES
-------------------------------------------------------------------

| State of New York | ) |
| Southern District of New York | : |
| County of New York | ) |

      I, Vanessa Morales, being duly sworn, deposes and says:

      I am not a party to this action, I am over eighteen (18) years of age.
      On January 6, 2006, I served the within a **request continuance** to the following names at the last known addresses set forth after the name:

Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

John McAdam
Trial Attorney
U.S. Department of Justice
Tax Division
P.O. Box 502
Washington, DC 20044

                                                    _____
                                                    Vanessa Morales

Sworn to before me this
6th day of January, 2006

_____
NOTARY PUBLIC

Jorge Guttlein
Notary Public, State of New York
No. 02GU4725900
Qualified in New York
Commission Expires 10/30/06

Cc: John McAdam
Trial Attorney
U.S. Department of Justice
Tax Division
P.O. Box 502
Washington, D.C. 20044